396 A.2d 824

Commonwealth v. Helvy, Appellant.

Argued October 23, 1978. Andrew J. Achman, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

OPINION PER CURIAM: This case is remanded to the lower court for the purpose of making findings of fact and conclusions of law on the effectiveness of trial counsel, and the rendering of a decision on that issue, based on the evidence taken at the hearing conducted by the Honorable GEORGE ROSS.